CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JEFFREY E. LIEBER (SBN: 71683)
jefflieber@sbcglobal.net
LAW OFFICES OF JEFFREY E. LIEBER
5550 Topanga Canyon Boulevard, Suite 200
Woodland Hills, CA 91367-6496
Telephone: (818) 703-8173
Facsimile: (818) 703-8175
Attorney for Defendants
Maroun K. Boutros and Nada Boutros

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>v.<br><br>MAROUN K. BOUTROS, in individual and representative capacity as trustee of the Boutros Family Trust dated July 22, 2015;<br>NADA BOUTROS, in individual and representative capacity as trustee of the Boutros Family Trust dated July 22, 2015; and Does 1-10,<br><br>    Defendants. | Case No.: 2:18-CV-01497-ODW-SS<br><br>**JOINT NOTICE OF SETTLEMENT** |

1       The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

      All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: April 9, 2018          CENTER FOR DISABILITY ACCESS

                                          By: /s/ Phyl Grace
                                                   Phyl Grace
                                                   Attorneys for Plaintiff

Dated: April 9, 2018          LAW OFFICES OF JEFFREY E. LIEBER

                                                  By: /s/ Jeffrey E. Lieber
                                                   Jeffrey E. Lieber
                                                   Attorney for Defendants
                                                   Maroun K. Boutros and Nada Boutros

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jeffrey E. Lieber, counsel for Maroun K. Boutros and Nada Boutros, and that I have obtained Mr. Lieber's authorization to affix his electronic signature to this document.

Dated: April 9, 2018                CENTER FOR DISABILITY ACCESS

                                   By: /s/ Phyl Grace
                                       Phyl Grace
                                       Attorney for Plaintiff