CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
 Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JEFFREY E. LIEBER (SBN: 71683)
jefflieber@sbcglobal.net
LAW OFFICES OF JEFFREY E. LIEBER
5550 Topanga Canyon Boulevard, Suite 200
Woodland Hills, CA 91367-6496
Telephone: (818) 703-8173
Facsimile: (818) 703-8175
Attorney for Defendants
Maroun K. Boutros and Nada Boutros

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHRIS LANGER,<br><br>         Plaintiff,<br><br>v.<br><br>MAROUN K. BOUTROS, in individual and representative capacity as trustee of the Boutros Family Trust dated July 22, 2015; NADA BOUTROS, in individual and representative capacity as trustee of the Boutros Family Trust dated July 22, 2015; and Does 1-10,<br><br>         Defendants. | Case: 2:18-CV-01497-ODW-SS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 24, 2018          CENTER FOR DISABILITY ACCESS


                                        By: /s/ Phyl Grace
                                            Phyl Grace
                                            Attorneys for Plaintiff


Dated: April 24, 2018          LAW OFFICES OF JEFFREY E. LIEBER


                                        By: /s/ Jeffrey E. Lieber
                                            Jeffrey E. Lieber
                                            Attorney for Defendants
                                            Maroun K. Boutros and Nada Boutros

2

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jeffrey E. Lieber, counsel for Maroun K. Boutros and Nada Boutros, and that I have obtained Mr. Lieber's authorization to affix his electronic signature to this document.

Dated: April 24, 2018          CENTER FOR DISABILITY ACCESS

                               By: /s/ Phyl Grace
                                   Phyl Grace
                                   Attorneys for Plaintiff

3