# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER<br><br>Plaintiff(s),<br><br>v.<br><br>MAROUN K. BOUTROS, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:18−cv−01497−ODW−SS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   4/24/2018

Document Number(s):   17

Title of Document(s):   Stipulation to dismiss WITH prejudice

**ERROR(S) WITH DOCUMENT:**

Case is closed.

Proposed Document was not submitted as separate attachment.

Other:

Court dismissed case previously WITHOUT prejudice. Missing proposed order which should have been submitted as a separate attachment. As an alternative, prepare and e−file a formal Notice of Lodging, to be docketed only under its specific event: Notice of Lodging, to which the formal proposed order is submitted as Separate Attachment thereto.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: April 26, 2018         By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS